## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

Paul E. Dilocker

v.  Case Number: 3:19−cv−00344

Bluestem Brands, Inc.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:**
7th Floor Courtroom
United States Post Office and Courthouse
601 Rosenberg
Galveston, TX 77550

**DATE:** 2/26/2020

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference
Order for Initial Conference − FORM − #4

Date:   January 28, 2020

David J. Bradley, Clerk