# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Paul E. Dilocker

v.                                                          Case Number: 3:19–cv–00344

Bluestem Brands, Inc.

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**PLACE:**
by telephone
    Dial in Number: 409-763-7881
    Conference ID: 37881#
    Password: 13579#
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 3/12/2020

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference

---

Date:   March 9, 2020                                       David J. Bradley, Clerk