United States District Court
Southern District of Texas
**ENTERED**
March 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| PAUL E. DILOCKER, § § Plaintiff, § VS. § BLUESTEM BRANDS, INC. D/B/A § FINGERHUT, § § Defendant. | CIVIL ACTION NO. 3:19-CV-00344 |

### ORDER

On March 9, 2020, Bluestem Brands, Inc. filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (Case No. 20-10566-MFW).

Accordingly, this case is hereby **STAYED** and **ADMINISTRATIVELY CLOSED** pending the conclusion of Bluestem Brands, Inc.'s bankruptcy proceeding in accordance with 11 U.S.C. § 362(a)(1).

SIGNED at Galveston, Texas, this _10_th day of March, 2020.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE

1 / 1